[Nos. 8886-0-II; 10390-7-II. Division Two. May 18, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
JOHN FRANCIS PEARCE, *Appellant*.

*In the Matter of the Personal Restraint of*
JOHN FRANCIS PEARCE, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark

County, No. 84-1-00654-4, Robert L. Harris, J., entered June 20, 1985, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.